IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

CARLOS RASHAD GOULD                 §
                                    §          Civil No. 7:11-CV-141-O-BL
v.                                  §
                                    §          (Criminal No. 7:05-CR-020-O)
UNITED STATES OF AMERICA            §

ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, of the

Report and Recommendation of the United States Magistrate Judge, and of Carlos Rashad Gould's

objections to the Magistrate Judge's Report and Recommendation, I am of the opinion that the

Report and Recommendation of the Magistrate Judge is correct and it is hereby adopted and

incorporated by reference as the Findings of the Court.

Accordingly, the motion to vacate, set aside or correct sentence is DENIED.

SO ORDERED this 27th day of February, 2015.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**